IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AZTECK COMMUNICATIONS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-0690 |
| | § | |
| UPI COMMUNICATIONS, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Order of even date, this action is dismissed for lack of subject-matter jurisdiction.

SIGNED on June 15, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge